1  Joseph E. Sarachek, (NY Bar No. 2163228) *pro hac vice*
2  Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
   Sarachek Law Firm
3  670 White Plains Road #PH
   Scarsdale, New York 10583
4  joe@sarscheklawfirm.com, (646) 517-5420
   zachary@sarscheklawfirm.com (646) 519-4396
5  *Special Litigation Counsel for Lenard E. Schwartzer, Trustee*

6  **UNITED STATES BANKRUPTCY COURT**

7  **DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>WELSCORP, INC.<br><br>                                Debtor.<br><br>☐ Affects Einstein Sports Advisory Ltd.<br>☐ Affects QSA LLC<br>☐ Affects Wellington Sports Club, LLC<br>☐ Affects Welscorp, Inc.<br>☒ Affects All Debtors | Case No. BK-S-19-18056-ABL **(Lead Case)**<br><br>**Consolidated under BK-S-19-18056-ABL with:**<br><br>Case No. BK-S-20-11597-ABL<br>Case No. BK-S-20-11211-ABL<br>Case No. BK-S-20-11215-ABL<br><br>Chapter 7 |
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE<br><br>                Plaintiff,<br><br>         vs.<br><br>KARL THOMSEN<br><br>                Defendants. | **ADVERSARY PROCEEDING**<br><br>Case No. 21-01222-ABL |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF WESTCHESTER    )

I, Denise Fava, declare:

1. I am over the age of 18 years and not a party to the above captioned matters.
2. I am employed by Sarachek Law Firm ("SLF"), 670 White Plains Road, Penthouse Fl., Scarsdale, New York 10583

1

3. On the 9th day of November, 2021, I caused to be served the *Summons*, the *Adversary Complaint*, the *Adversary Complaint Packet*, the *Adversary Standard Discovery Plan or Request for Waiver of Filing Discovery*, and the *Adversary Proceeding Procedures* packet via USPS First Class Mail upon the parties as set forth below:

        **KARL THOMSEN**
        2642 QUIET PLACE DRIVE
        WALNUT CREEK, CA 94598

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Executed this 9th day of November, 2021, Scarsdale, New York.

                                              By    /s/ Denise Fava
                                                      Denise Fava

Sworn before me this
9th day of November, 2021

/s/ Zachary E. Mazur
Notary Public, State of New York, No. 02MA6404012
Westchester County, Commission Expires February 10, 2024